AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Kelley, Susan V. | **2. Court or Organization** <br><br> Bankruptcy Court ED Wis | **3. Date of Report** <br><br> 04/27/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> Bankruptcy Judge | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2015 <br> to <br> 12/31/2015 |
| **7. Chambers or Office Address** <br><br> 517 East Wisconsin Avenue <br> Milwaukee, WI 53202 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 04/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Wolters Kluwer Law & Business, book royalties | $30,076.77 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Procorp Enterprises LLC salary |
| 2. 2015 | Self-employed (Consultant) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 6/11 - 6/13 | Traverse City, MI | Bankruptcy Seminar | two nights hotel, airfare, meals |
| 2. | National Association of Consumer Bankruptcy Attorneys | 4/26 - 4/27 | Chicago, IL | Bankruptcy Seminar | one night hotel, trainfare, |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 04/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account 1 | | | | | | | | | |
| 2. Wells Fargo Large Co Core-Inv Fund | | None | J | T | | | | | |
| 3. Wells Fargo Advantage Large Company Growth | | None | J | T | | | | | |
| 4. Wells Fargo Advantage Opportunity Inv. | | None | K | T | | | | | |
| 5. BMO Harris Bank Account | A | Interest | L | T | | | | | |
| 6. Mutual of Omaha Whole Life Insurance Policies | A | Interest | K | T | | | | | |
| 7. UBS Retirement Account | | | | | | | | | |
| 8. IShares U.S. Technology ETF | | None | K | T | | | | | |
| 9. IShares Trust Russell 2000 Index Fund | | None | K | T | | | | | |
| 10. IShares Trust U.S. Basic Materials Sectr Index Fund | | None | J | T | | | | | |
| 11. IShares US Consumer Services Sector Index Fund | | None | K | T | | | | | |
| 12. IShares Trust US Energy Sector Index Fund | | None | | | Sold | 07/15/15 | J | | |
| 13. IShares Inc MSCI EMU Index Fund | | None | M | T | | | | | |
| 14. IShares Trust Russell Midcap Index Fund | | None | K | T | | | | | |
| 15. IShares Trust S&P Latin America 40 Index Fund | | None | J | T | | | | | |
| 16. IShares MSCI Emerging Markets Index Fund | | None | K | T | | | | | |
| 17. IShares Tr MSCI All Ctry Asia Ex Japan Index | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR S&P Emerging Europe ETF | | None | | | Sold | 02/01/15 | J | | |
| 19. Guggenheim Solar ETF | | None | J | T | | | | | |
| 20. IShares MSCI Japan ETF | | None | | | Sold | 08/01/15 | J | | |
| 21. IShares Cohen & Steers REIT ETF | | None | | | Sold | 09/01/15 | J | | |
| 22. Deutsche X-trackers Harvest | | None | K | T | Buy | 09/01/15 | K | | |
| 23. Energy Sector SPDR Trust | | None | J | T | Buy | 03/02/15 | J | | |
| 24. IShares US Oil & Gas Explore & Prod Trust | | None | J | T | Buy | 04/01/15 | J | | |
| 25. IShares US Oil Equipment & Ser. Trust | | None | J | T | Buy | 04/15/15 | J | | |
| 26. Nationwide Future Venue Annuity | | | | | | | | | |
| 27. Drey Stk Indx SVC | | None | J | T | | | | | |
| 28. Fnklntvipt Tmp Forgn Vip 3 | | None | J | T | | | | | |
| 29. Fnklntviptfnklnsmcp Val Vip 2 | | None | J | T | | | | | |
| 30. Virent 401K Great West Retirement Services | | | | | | | | | |
| 31. Dodge & Cox International Stock | | None | K | T | | | | | |
| 32. Artisan Mid Cap Inv | | None | J | T | | | | | |
| 33. T. Rowe Price Blue Chip Growth | | None | K | T | | | | | |
| 34. Vanguard Large Cap Index Signal | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. William Blair Bond I | | None | J | T | | | | | |
| 36. Wisconsin Retirement Employee Trust Fund | | None | K | T | | | | | |
| 37. Virent Energy Systems, Inc. Common Stock | | None | J | T | | | | | |
| 38. Procorp 401K | | | | | | | | | |
| 39. PIMCO Core Plus Bond I | | None | | | Sold | 08/03/15 | J | | |
| 40. Principal LifeTime 2020 | | None | | | Sold | 08/03/15 | K | | |
| 41. Goldman Sachs MidCap Value I | | None | | | Sold | 08/03/15 | J | | |
| 42. Principal Global Advisors SmallCap Blend | | None | | | Sold | 08/03/15 | J | | |
| 43. Morgan Stanley IRA | | | | | | | | | |
| 44. Franklin India Growth | | None | K | T | Buy | 08/03/15 | K | | |
| 45. JP Morgan Growth Adv. C | | None | K | T | Buy | 08/03/15 | K | | |
| 46. Morgan Stanley Inv. Acc't | | | | | | | | | |
| 47. National Gen'l Holdings Corp. | | None | K | T | Buy | 06/17/15 | K | | |
| 48. UNT AAM Global Tech/151 | | None | K | T | Buy | 06/17/15 | K | | |
| 49. UNT AAM Nasdaqq 50 Index 2015-2 | | None | K | T | Buy | 06/17/15 | K | | |
| 50. UNT AAM European Select 2015-1Q | | None | K | T | Buy | 06/17/15 | K | | |
| 51. UNT AAM Healthcare Opportunities 2015-1 | | None | K | T | Buy | 06/17/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UNT AAM Global Basic Materials 15-1 | | None | K | T | Buy | 06/17/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelley, Susan V.** | 04/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III - Wolters Kluwer Royalties paid April and September 2015.  Amount given is total annual royalties.

VII - ProCorp IRA was rolled over to Morgan Stanley.  New Morgan Stanley Investment Account in 2015 funded by inheritance.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Susan V. Kelley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544